IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

L & J PLANTING, INC.                                                                                        PLAINTIFF

v.                                    CASE NO. 2:12CV00231 BSM

RURAL COMMUNITY INSURANCE
SERVICES, INC et al.                                                                                     DEFENDANTS

## ORDER

Plaintiff filed its complaint on December 28, 2012. Although the docket sheet reflects that summonses were issued on April 22, 2013, nothing in the record indicates that plaintiff has ever served defendants. On November 8, 2013, plaintiff was directed to file proof of service within 14 days or face dismissal for failure to prosecute. Plaintiff has not complied, and the time for doing so has now elapsed.

Accordingly, this case is dismissed without prejudice for failure to prosecute. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 26th day of November 2013.

UNITED STATES DISTRICT JUDGE