IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

L & J PLANTING, INC.                                                                           PLAINTIFF

v.                                    CASE NO. 2:12CV00231 BSM

RURAL COMMUNITY INSURANCE
SERVICES, INC et al.                                                                         DEFENDANTS

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE